PS 42
(8/98 D/CO)

# United States District Court

## District of Colorado

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | 08-CR-00492-CMA-1 |
| Michael Morrow | ) | |
| | ) | Case No. |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Morrow, have discussed with Garret Pfalmer, Probation Officer, modification of my release as follows:

to include: 1) The defendant shall participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_Michael Morrow_  12/18/08        _[signature]_  12/18/08
Signature of Defendant   Date      Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                    12/19/08
Signature of Defense Counsel     Date

_James R. Allison_               12-19-08
Signature of Assistant U.S. Attorney   Date

[X] The above modification of conditions of release is ordered, to be effective on

[ ] The above modification of conditions of release is not ordered.

_[signature]_                    12-22-08
Signature of Judicial Officer    Date