**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00492-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL MORROW,

    Defendant.

---

**ORDER TO VACATE STATUS CONFERENCE AND
SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 29) filed in the above matter, it is ORDERED that the status conference currently set for March 13, 2009 is VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than 4:00 p.m. February 23, 2009 to set this matter for a Change of Plea Hearing.

    DATED: February __17__, 2009

                                        BY THE COURT:

                                        */s/ Christine M. Arguello*
                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge