**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00492-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL MORROW,

    Defendant.

_____

**ORDER**
_____

    By Order entered June 9, 2009 (Doc. # 40), this Court granted Mr. Marsh leave to enter an appearance in this case for the limited purpose of allowing his client to prove, *via* briefing and presentation of evidence and argument, her claim to restitution from Defendant. No entry of appearance by Mr. Marsh has been filed, nor has he provided the items he previously indicated he would provide to this Court, *e.g.*, transcripts, pleadings, and other relevant materials from the Connecticut court action. It is therefore

    ORDERED that no restitution shall be ordered in this case. It is

    FURTHER ORDERED that the Probation Department shall amend the Judgment

to reflect this Court's ruling as to restitution.

DATED: July 29, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge